**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

____________________ District of Massachusetts
(State)

Case number (*If known*): ________________________ Chapter 11

❑ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

**Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).**

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

*Check one:*

❑ Chapter 7
■ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

Premier Property Solutions, LLC

3. **Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_______________________________
_______________________________
_______________________________

4. **Debtor's federal Employer Identification Number (EIN)**

■ Unknown

__ __ – __ __ __ __ __ __ __
EIN

5. **Debtor's address**

**Principal place of business**

190 High Street
Number Street

Floor 6

Boston MA 02110
City State ZIP Code

Suffolk
County

**Mailing address, if different**

_______________________________
Number Street

_______________________________
P.O. Box

_______________________________
City State ZIP Code

**Location of principal assets, if different from principal place of business**

_______________________________
Number Street

_______________________________

_______________________________
City State ZIP Code

Debtor Premier Property Solutions, LLC
Name
Case number (if known)____________________

**6. Debtor's website** (URL) www.premierpropertyma.com

**7. Type of debtor**

- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other type of debtor. Specify: ____________________

**8. Type of debtor's business**

Property Management

*Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

- ■ No
- ☐ Yes. Debtor ____________________ Relationship ____________________

  District ____________________ Date filed ____________ MM / DD / YYYY Case number, if known____________________

  Debtor ____________________ Relationship ____________________

  District ____________________ Date filed ____________ MM / DD / YYYY Case number, if known____________________

## Part 3: Report About the Case

**10. Venue**

*Check one:*

- ■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
- ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked*:

- ■ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
- ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

- ■ No
- ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor Premier Property Solutions, LLC Case number (if known)

Name

13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Claridge House Trust (handwritten correction: "Avenue") | misappropriated funds | $ 1,028,177 |
| 552 Massachusetts Condominium Trust | misappropriated funds | $ 62,000 |
| Cobb House Condo Trust | misappropriated funds | $ 53,724 |
| 232 Marlborough Street Condominium Trust | misappropriated funds | $ 2,900 |
| | Total of petitioners' claims | $ 1,146,801 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both 18 U S C §§ 152, 1341, 1519, and 3571

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U S C specified in this petition If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b) If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition

I have examined the information in this document and have a reasonable belief that the information is true and correct

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Claridge House Trust

Name

1933 Commonwealth Ave.

Number Street

Brighton MA 02135

City State ZIP Code

Name and mailing address of petitioner's representative, if any

Mike Gallucio, Trustee

Name

1933 Commonwealth Ave #104

Number Street

Brighton MA 02135

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct

Executed on 9/5/2026

MM / DD / YYYY

x [signature]

Signature of petitioner or representative, including representative's title

**Attorneys**

William R. Moorman, Jr.

Printed name

Murphy & King Professional Corporation

Firm name, if any

28 State Street, Suite 3101

Number Street

Boston MA 02109

City State ZIP Code

Contact phone 617-423-0400 Email wmoorman@murphyking.com

Bar number 548593

State MA

x [signature]

Signature of attorney

Date signed 09/06/2026

MM / DD / YYYY

Debtor Premier Property Solutions, LLC
Name

Case number (if known) ______

**Name and mailing address of petitioner**

552 Massachusetts Avenue Condominium Trust
Name

552 Massachusetts Avenue
Number Street

Boston MA 02118
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Lisa Marcy, Trustee
Name

117 Alberts Hill Road
Number Street

Sandy Hook CT 06482
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/04/2026
MM / DD / YYYY

✗ Lisa Marcy Trustee
Signature of petitioner or representative, including representative's title

William R. Moorman, Jr.
Printed name

Murphy & King Professional Corporation
Firm name, if any

28 State Street, Suite 3101
Number Street

Boston MA 02109
City State ZIP Code

Contact phone 617-423-0400 Email wmoorman@murphyking.com

Bar number 548593

State MA

✗ [signature]
Signature of attorney

Date signed 09/06/2026
MM / DD / YYYY

**Name and mailing address of petitioner**

Cobb House Condo Trust
Name

21 Joy Street
Number Street

Boston MA 02114
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Lauren Falkowitz, Trustee
Name

28 Joy Street
Number Street

Boston MA 02114
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ______
MM / DD / YYYY

✗ ______
Signature of petitioner or representative, including representative's title

William R. Moorman, Jr.
Printed name

Murphy & King Professional Corporation
Firm name, if any

28 State Street, Suite 3101
Number Street

Boston MA 02109
City State ZIP Code

Contact phone 67-423-0400 Email wmoorman@murphyking.com

Bar number 548593

State MA

✗ ______
Signature of attorney

Date signed ______
MM / DD / YYYY

Debtor: Premier Property Solutions, LLC
Name

Case number (if known) ______

**Name and mailing address of petitioner**

552 Massachusetts Avenue Condominium Trust
Name

552 Massachusetts Avenue
Number Street

Boston | MA | 02118
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Lisa Marcy, Trustee
Name

117 Alberts Hill Road
Number Street

Sandy Hook | CT | 06482
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ______
MM / DD / YYYY

✗ ______
Signature of petitioner or representative, including representative's title

William R. Moorman, Jr.
Printed name

Murphy & King Professional Corporation
Firm name, if any

28 State Street, Suite 3101
Number Street

Boston | MA | 02109
City | State | ZIP Code

Contact phone 617-423-0400 Email wmoorman@murphyking.com

Bar number 548593

State MA

✗ ______
Signature of attorney

Date signed ______
MM / DD / YYYY

**Name and mailing address of petitioner**

Cobb House Condo Trust
Name

21 Joy Street
Number Street

Boston | MA | 02114
City | State | ZIP Code

**Name and mailing address of petitioner's representative, if any**

Lauren Falkowitz, Trustee
Name

21 Joy Street
Number Street

Boston | MA | 02114
City | State | ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9/5/26
MM / DD / YYYY

✗ [signature]
Signature of petitioner or representative, including representative's title

William R. Moorman, Jr.
Printed name

Murphy & King Professional Corporation
Firm name, if any

28 State Street, Suite 3101
Number Street

Boston | MA | 02109
City | State | ZIP Code

Contact phone 67-423-0400 Email wmoorman@murphyking.com

Bar number 548593

State MA

✗ [signature]
Signature of attorney

Date signed 09/06/2026
MM / DD / YYYY

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| 232 Marlborough Street Condominium Trust | Misappropriated funds | $2,900 |

Debtor Premier Property Solutions, LLC
Name

Case number (if known)

**Name and mailing address of petitioner**

232 Marlborough Street Condominium Trust
Name

232 Marlborough Street
Number Street

Boston MA 02116
City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

June Matte, Trustee
Name

232 Marlborough Street, Apt. 3
Number Street

Boston MA 02116
City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 09/04/2026
MM / DD / YYYY

✗ [signature]
Signature of petitioner or representative, including representative's title

William R. Moorman, Jr.
Printed name

Murphy & King Professional Corporation
Firm name, if any

28 State Street, Suite 3101
Number Street

Boston MA 02109
City State ZIP Code

Contact phone 617-423-0400 Email wmoorman@murphyking.com

Bar number 54593

State MA

✗ [signature]
Signature of attorney

Date signed 09/06/2026
MM / DD / YYYY

**Name and mailing address of petitioner**

Name

Number Street

City State ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number Street

City State ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
MM / DD / YYYY

✗
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number Street

City State ZIP Code

Contact phone Email

Bar number

State

✗
Signature of attorney

Date signed
MM / DD / YYYY