UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | Premier Property Solutions, LLC ,<br>Debtor | Chapter: 11<br>Case No: 26−12134<br>Judge Janet E. Bostwick |

**SUMMONS TO DEBTOR IN INVOLUNTARY CASE**

**To the above named debtor:**

A petition under Title 11 of the United States Code was filed against you on **SEPTEMBER 7, 2026** in the U.S. Bankruptcy Court for the District of Massachusetts requesting an order for relief under chapter 11 of the Bankruptcy Code.

**YOU ARE SUMMONED** and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of Clerk:

U. S. Bankruptcy Court
J.W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA 02109−3945

**At the same time,** you must also serve a copy of the motion or answer upon the petitioners' attorney.

Name and Address of Petitioners' Attorney:

William R. Moorman, Jr.
Murphy & King, P.C.
28 State Street, Ste 3101
Boston, MA 02109

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Date:9/8/26

Ann M. Fox
Clerk, U.S. Bankruptcy Court
By the Court,

Stefanie Landry
Deputy Clerk
(617) 748− 5300

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

Chapter 11
Case Number: 26−12134
Judge Janet E. Bostwick

CERTIFICATE OF SERVICE

I, ____________________________________(name), certify that on ___________________ (date), I served this summons and a copy of the involuntary petition on __________________(name), the debtor in this case, by [*describe the mode of service and the address at which the debtor was served*]:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

______________ Date

______________________________ Signature

______________________________
Print Name

______________________________
Business Address

______________________________
City State Zip