UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| In Re: | Premier Property Solutions, LLC ,<br>Debtor | Chapter: 11<br>Case No: 26–12134<br>Judge Janet E. Bostwick |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

**To the above named debtor:**

A petition under Title 11 of the United States Code was filed against you on **SEPTEMBER 7, 2026** in the U.S. Bankruptcy Court for the District of Massachusetts requesting an order for relief under chapter 11 of the Bankruptcy Code.

**YOU ARE SUMMONED** and required to submit to the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of Clerk:

U. S. Bankruptcy Court
J.W. McCormack Post Office & Court House
5 Post Office Square, Suite 1150
Boston, MA 02109–3945

**At the same time,** you must also serve a copy of the motion or answer upon the petitioners' attorney.

Name and Address of Petitioners' Attorney:

William R. Moorman, Jr.
Murphy & King, P.C.
28 State Street, Ste 3101
Boston, MA 02109

If you make a motion, your time to serve an answer is governed by Bankruptcy Rule 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Date:9/8/26

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

Ann M. Fox
Clerk, U.S. Bankruptcy Court
By the Court,

Stefanie Landry
Deputy Clerk
(617) 748– 5300

Chapter 11
Case Number: 26-12134
Judge Janet E. Bostwick

CERTIFICATE OF SERVICE

I, Kylie Dwyer (name), certify that on September 9, 2026 (date), I served this summons and a copy of the involuntary petition on Premier Property Solutions, LLC (name), the debtor in this case, by [*describe the mode of service and the address at which the debtor was served*]:

By first class mail postage prepaid on:

Premier Property Solutions, LLC
c/o Russell Oken, Manager
190 High Street, Floor #6
Boston, MA 02110

Ruberto, Israel & Weiner, P.C.
Resident Agent for Premier Property Solutions, LLC
255 State Street, 7th Floor
Boston, MA 02109

Russell Oken, Manager
Premier Property Solutions, LLC
10 Hallwood Rd.
Brookline, MA 02467

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

9/9/2026
Date

[signature]
Signature

Kylie Dwyer
Print Name

28 State Street 31st Floor
Business Address

| | | |
|---|---|---|
| Boston | MA | 02109 |
| City | State | Zip |