**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br><br>PREMIER PROPERTY SOLUTIONS, LLC,<br><br>Alleged Debtor. | Chapter 11 (Involuntary)<br>Case No. 26-12134-(JEB) |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE THAT, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure and Rule 9010-3 of the Massachusetts Local Bankruptcy Rules, Jesse I. Redlener of the Ascendant Law Group LLC, hereby appears, as counsel to 50 Commonwealth Avenue Condominium Trust, a creditor, in the above captioned case and demands that copies of all notices given or required to be given in the above case and all papers served in this case be served upon the undersigned at the address set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes, without limitation, all notices, papers and orders required to be given or served in accordance with Bankruptcy Rule 2002 and, in addition, copies of all pleadings, notices of applications, motions, petitions, requests, complaints or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegram, facsimile, telex or otherwise which affect the above-captioned debtor, or the property of the debtor filed by any party in the above-captioned case.

Dated: September 24, 2026

Respectfully submitted,

50 Commonwealth Avenue Condominium Trust
By its attorney,

*/s/ Jesse I. Redlener*
Jesse I. Redlener, BBO# 646851
Ascendant Law Group LLC
2 Dundee Park Drive, Suite 102
Andover, MA 01810
(978) 409-2038
jr@ascendantlawgroup.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 25, 2026, a copy of the foregoing *Notice of Appearance and Request for Service of Papers* was served by electronic notice through the Court's CM/ECF system upon all registered participants, and via first class mail, postage prepaid, upon the parties listed below.

*/s/ Jesse I. Redlener*
Jesse I. Redlener

First Class Mail:
Premier Property Solutions, LLC
190 High Street, Floor 6
Boston, MA 02110

Via ECF:

William R. Moorman, Jr.
Murphy & King, P.C.
Counsel to the Petitioning Creditors

Richard King
Office of the US Trustee