UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: PREMIER PROPERTY SOLUTIONS LLC<br><br>Debtor | Case No. 1:2026-bk-12134 |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

Pursuant to Rule 2002(i) of the F.R.B.P., the undersigned hereby enters his appearance as counsel on behalf of the following creditor:

**Trustees of the Harcourt Condominium Trust**

Counsel further requests that all matters which must be noticed to creditors, and any other party-in-interest, whether sent by the Court, the debtor or any other party in the case, be sent to the undersigned, and pursuant to Rule 2002(g) of the F.R.B.P., the undersigned respectfully requests that he be added to the court’s master mailing list.

/s/ David A. Conti, Esq.
David A Conti, Esq.
dconti@dsglawllc.com
**DWYER GONCALVES, LLC**
313 Washington Street, Suite 300
Newton, MA 02458
Phone: (617) 244-2665

Dated: September 28, 2026

**CERTIFICATE OF SERVICE**

I, David A. Conti, hereby certify that on September 28, 2026, I served a copy of the foregoing Notice of Appearance, via the Court's ECF System to all parties registered thereon.

/s/ David A. Conti, Esq.
David A Conti, Esq.