UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| In re: PREMIER PROPERTY SOLUTIONS LLC<br><br>Debtor | Case No. 1:2026-bk-12134 |

**AMENDED NOTICE OF APPEARANCE [DOC 5]**

Pursuant to Rule 2002(i) of the F.R.B.P., the undersigned hereby files an Amended Notice of Appearance [Doc 5] for the below Creditor due to misnomer of the proper party. Undersigned requests that the creditor name be updated for all purposes, and to maintain his appearance as counsel on behalf of the following creditor:

**Original Name:**

**Trustees of the Harcourt Condominium Trust**

**Updated Name:**

**Board of Managers of the Harcourt Condominium Association**

/s/ David A. Conti, Esq.
David A Conti, Esq.
dconti@dsglawllc.com
**DWYER GONCALVES, LLC**
313 Washington Street, Suite 300
Newton, MA 02458
Phone: (617) 244-2665

Dated: September 29, 2026

**CERTIFICATE OF SERVICE**

I, David A. Conti, hereby certify that on September 29, 2026, I served a copy of the foregoing Notice of Appearance, via the Court's ECF System to all parties registered thereon.

/s/ David A. Conti, Esq.
David A Conti, Esq.