UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

PREMIER PROPERTY SOLUTIONS, LLC,

Debtor

Chapter 11
Case No. 26-12134-JEB

**Order**

An Order For Relief having been granted regarding the above debtor, Premier Property Solutions, LLC, ("Debtor"), it is ORDERED as follows:

1. The Debtor shall by **October 5, 2026,** file Official Form 204, Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders.

2. The Debtor shall by **October 8, 2026,** file the following documents:

   a. The matrix, consisting of a list of all creditors and codebtors to be included in Schedules D, E/F, G, and H, containing the names of all creditors and entities to be included in the aforementioned schedules and their last known, complete mailing addresses. The format shall substantially conform to the specifications of MLBR Official Local Form 1.

   b. The matrix in .txt file format listing the names and addresses of all creditors and uploaded to the ECF database.

   c. MLBR Official Local Form 1, Verification of Matrix.

3. The Debtor shall by **October 15, 2026,** file the following documents:

   a. Schedules A/B Through H

   b. Summary of Assets and Liabilities for Non−Individuals (Official Form 206Sum)

   c Declaration Under Penalty of Perjury for Non−Individual Debtors (Official Form 202)

d. Statement of Financial Affairs for Non−Individuals Filing for Bankruptcy, (Official Form 207)

e. Disclosure of Compensation of Attorney for Debtor (Director Form 2030)

f. List of Equity Security Holders of Debtor; FRBP 1007(a)(3) − Corporations.

g. Disclosure of Ownership Statement Rule 1007(a)(1)

h. Evidence of the authority for the individual signatory to execute the documents on behalf of the Debtor

If the Debtor fails to file any of the foregoing documents, the Court may take such action as is appropriate, including appropriate sanctions.

Dated: October 2, 2026

By the Court,

Janet E. Bostwick

Janet E. Bostwick
United States Bankruptcy Judge