**Ket at**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In re:

PREMIER PROPERTY SOLUTIONS, LLC,

Debtor

Chapter 11
Case No. 26-12134-JEB

**Proceeding Memorandum and Order**

**MATTER:**
#8 Order for Relief dated October 5, 2026
#1 Chapter 11 Involuntary Petition Against Premier Property Solutions, LLC

**Decision set forth more fully as follows:**
Status conference held on October 5, 2026. For the reasons set forth on the record, the Court finds that the appointment of a Chapter 11 trustee is in the best interest of creditors. The Court orders the appointment of a Chapter 11 trustee.

Dated: October 5, 2026

By the Court,

Janet E. Bostwick
United States Bankruptcy Judge